O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA PEREZ,<br><br>  Plaintiff,<br>  v.<br><br>BAXTER HEALTHCARE CORP. and DOES 1–20, inclusive,<br><br>  Defendants. | Case No. 2:12-cv-08075-ODW(SSx)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER [18]** |

The Court has considered the papers submitted in support of and in opposition to Plaintiff Martha Perez's Motion to Reconsider the Court's Order denying Perez's earlier motion to remand. For the reasons set forth in Baxter's Opposition (ECF No. 20), Perez's Motion to Reconsider is **DENIED**.

**IT IS SO ORDERED.**

November 28, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**