UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARTHA PEREZ, | Case No. CV12-08075 ODW (SSx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER, as Amended |
| v. | |
| BAXTER HEALTHCARE CORP., and DOES 1-20, inclusive, | Judge: ~~Hon. Otis D. Wright II~~ <br> Ctrm.: 11 |
| Defendants. | Complaint Filed: June 13, 2012 |

All future discovery filings shall include the following language on the cover page: "[Referred to Magistrate Judge Suzanne H. Segal]"

## ORDER

GOOD CAUSE APPEARING THEREFOR, the Stipulation for Protective Order is hereby approved, as amended.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff Martha Perez and Defendant Baxter Healthcare Corporation shall obey the provisions of the Stipulation and Order Regarding the Confidentiality of Documents and Information.

IT IS FURTHER ORDERED that any person who signs the Agreement attached as Exhibit "A" shall also obey the provisions of the Stipulation and Order.

**IT IS SO ORDERED.**

~~Honorable Otis D. Wright, II~~
~~United States District Court Judge~~

Suzanne H. Segal
U.S. Magistrate Judge